UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA           :
                                    :   INDICTMENT
        - v. -                      :
                                    :   06 Cr.
JOSE ISIDRO DE HARO-RODRIGUEZ,     :
                                    :
            Defendant.              :
- - - - - - - - - - - - - - - - - - - - - - - - - - x



**06CRIM. 453**

COUNT ONE

The Grand Jury charges:

1. From in or about April 27, 2006, up to and including on or about May 2, 2006, in the Southern District of New York and elsewhere, JOSE ISIDRO DE HARO-RODRIGUEZ, the defendant, and others known and unknown, unlawfully, intentionally, and knowingly combined, conspired, confederated and agreed together and with each other to violate the narcotics laws of the United States.

2. It was further a part and an object of the conspiracy that JOSE ISIDRO DE HARO-RODRIGUEZ, the defendant, and others known and unknown, unlawfully, intentionally, and knowingly would and did distribute and possess with intent to distribute a controlled substance, to wit, one kilogram and more of mixtures and substances containing a detectable amount of heroin, in violation of Sections 812, 841(a)(1) and 841(b)(1)(A) of Title 21, United States Code.

Overt Acts

3. In furtherance of the conspiracy and to effect the

illegal object thereof, the following overt acts, among others, were committed in the Southern District of New York and elsewhere:

      a. On or about April 27, 2006, JOSE ISIDRO DE HARO-RODRIGUEZ, the defendant, packed and shipped a box containing approximately 6.7 kilograms of heroin to himself at an address in Manhattan, New York from a Greyhound Bus Company office located in El Paso, Texas.

      b. On or about May 2, 2006, DE HARO-RODRIGUEZ traveled to the Greyhound Bus Company counter at the Port Authority Bus Terminal in Manhattan, New York in an effort to pick up the box of heroin.

      (Title 21 United States Code, Section 846.)

_____   5/30/06   _____
FOREPERSON                          MICHAEL J. GARCIA
                                    United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA

- v. -

JOSE ISIDRO DE HARO-RODRIGUEZ

Defendant.

---

<u>**INDICTMENT**</u>

06 Cr.

(21 U.S.C. § 846)


Michael J. Garcia
United States Attorney.

A TRUE BILL

*[signature]* 5/30/06
Foreperson.

---

Post-It 11/1/87 -

5/30/06 - Fld. Indictment, case assigned to Judge Karas for all purposes.

Eaton, J. U.S.M.J.