**U.S. Department of Justice**



*United States Attorney*
*Southern District of New York*

# MEMO ENDORSED

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*



> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 6/5/06

<u>By Hand Delivery</u>
Honorable Kenneth M. Karas
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: **United States v. Jose Isidro De Haro-Rodriguez**
   **06 Cr. 453 (KMK)**

Dear Judge Karas:

   On May 30, 2006, a grand jury sitting in this district returned an indictment in the above-captioned case, a copy of which is enclosed. After consultation with Your Honor's chambers, the defendant was arraigned before Magistrate Judge Douglas F. Eaton on June 1, 2006, and time was excluded under the Speedy Trial Act through June 9, 2006, the original date of the initial pre-trial conference. However, the pre-trial conference has since been rescheduled to June 16, 2006 at 10 a.m. The Government, without objection from the defense, respectfully requests that the Court exclude the time between June 9, 2006 and June 16, 2006 in the interests of justice to allow the Government time to gather and produce discovery to the defendant.

*Time is excluded from June 9, 2006 until June 16, 2006 in the interests of justice to allow the Government to produce, and the Defendant, to review, discovery. See 18 USC §3161(4) (B+H)*

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: *Rebecca A. Monck*
   Rebecca A. Monck
   Assistant United States Attorney
   (212) 637-2486

cc: Steven M. Statsinger, Esq. (via facsimile)

SO ORDERED

*[signature]*
KENNETH M. KARAS U.S.D.J.
6/5/06