# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
*Executive Director and Attorney-in-Chief*

Southern District of New York
John J. Byrnes
*Attorney-in-Charge*

November 21, 2006

**MEMO ENDORSED**



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/22/06

**BY HAND DELIVERY**

Hon. Kenneth M. Karas
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:  **United States v. Jose Isidro DeHaro-Rodriguez**
     **No. 06 Cr. 453 (KMK)**
     **Motion to Be Relieved**

Dear Judge Karas:

As we anticipated in the last status conference, Sabrina Shroff has filed a notice of appearance and will be taking over Mr. DeHaro's representation.

Accordingly, Federal Defenders of New York, Inc., moves to be relieved.

Respectfully submitted,

STEVEN M. STATSINGER
Assistant Federal Defender
(212) 417-8736

With the thanks of the Court, the application is GRANTED.

cc: AUSA Rebecca Monck

SO ORDERED
KENNETH M. KARAS U.S.D.J.
11/22/06