**SABRINA P. SHROFF**
ATTORNEY AT LAW

350 BROADWAY
SUITE 700
NEW YORK, NY 10013
Tel: (212) 625-3304
Fax: (212) 625-3939

**MEMO ENDORSED**

April 29, 2007



BY HAND
212 805 7968
Honorable Judge Karas
Judge, United States District Court
Southern District of New York
500 Pearl Street
New York, N.Y. 10007

    Re:    United States v. De-Haro Rodriguez
           06 Cr. 453-01 (KMK)

Hon. Judge Karas:

    I am writing to request an adjournment of Mr. De Haro-Rodriguez's sentence date. He is to be sentenced on May 11, 2007, and I need an additional 90 days to properly prepare for sentence.

    Mr. De Haro is to be examined at the MDC by Dr. Schoen and her schedule is such that she can't do the interview and the report in time to meet the current sentencing schedule set by the Court. AUSA Monck does not object to my request.

Respectfully submitted,

Sabrina P. Shroff

cc: R. Monck, AUSA

*[Handwritten endorsement:]* Sentence is adjourned until August 9, 2007 at 2:30pm. Defendant's sentencing submissions are due two weeks before sentence. The Government's reply is due 1 week later. There will be no further extensions or adjournments.

SO ORDERED
KENNETH M. KARAS U.S.D.J.
5/4/07