UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/27/07

**United States of America**

-v-

**Jose Isidro De Haro-Rodriguez,**

             **Defendant.**

Case No.

06 -CR-453 (KMK)

ORDER SETTING
SENTENCE DATE

<u>KENNETH M. KARAS, District Judge:</u>

    IT IS HEREBY ORDERED that the above-named defendant appear with counsel on October 3, 2007 at noon in the United States District Court for the Southern District of New York, Courtroom 21 D for sentence.

    Defendant's pre-sentence memoranda is to be received in Chambers not later than 5pm on September 17. Government's reply, if any, is to be received in Chambers not later than 5pm on September 26.

Dated: July 27, 2007
       New York, New York

_____
KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE

<u>Any request for adjournment must be made in writing at least three business days prior to the scheduled appearance. Adjournments will be granted only upon consent of all parties and upon good cause shown.</u>

# SABRINA P. SHROFF
### ATTORNEY AT LAW

350 BROADWAY
SUITE 700
NEW YORK, NY 10013
Tel: (212) 625-3304
Fax: (212) 625-3939

July 25, 2007

Honorable Judge Karas
Judge, United States District Court
Southern District of New York
500 Pearl Street
New York, N.Y. 10007

        Re:   United States v. De-Haro Rodriguez
                06 Cr. 453-01 (KMK)

Hon. Judge Karas:

    I am writing to request an adjournment of Mr. De Haro-Rodriguez's sentence date of August 9, 2007. I request that the Court adjourn sentence to a date in September as I am in need of additional time to properly prepare for sentence. Mr. De Haro-Rodiguez's father has been ill and in the hospital, and I have been unable to meet with him in Mexico for that and other reasons.

    As the Court may recall, family members recruited Mr. De-Haro Rodriguez into the conspiracy by family members, and a letter to the Court explaining how his son was induced into the conspiracy is important. I have been in touch with Illiana De Haro (daughter) in Mexico, and had arranged to travel there, but had to re-schedule. I am informed that I can see him in two weeks and have arranged to travel there.

    I have discussed this issue with AUSA Stauber (AUSA Monck is unavailable), and she does not object to my request.

Respectfully submitted,

Sabrina P. Shroff

Cc: AUSA Monck & Strauber