**SABRINA P. SHROFF**
ATTORNEY AT LAW

350 BROADWAY
SUITE 700
NEW YORK, NY 10013
Tel: (212) 625-3304
Fax: (212) 625-3939

September 24, 2007

Honorable Judge Karas
Judge, United States District Court
Southern District of New York
White Plains, New York

      Re:  <u>United States v. De-Haro Rodriguez</u>
           06 Cr. 453-01  (KMK)

Hon. Judge Karas:

    I am writing to request an adjournment of Mr. De Haro-Rodriguez's sentence date of October 3, 2007. I make this request because a trial in another matter (<u>SFO v. Rastogi</u>) has created a scheduling conflict that I had not previously anticipated. I have discussed this scheduling conflict with AUSA Riccigliano and she has not objection to the request.

    The scheduling conflict is created by an unanticipated delay in a trial proceeding in the U.K. I represent a witness in a case that is being prosecuted by the Serious Frauds Office. The AUSA involved in the matter is Marcus Asner. It was anticipated that my client would testify during the week of September 17, 2007, and to that end my client and I traveled to the UK only to be told that the trial was off-schedule. My client's testimony has been re-scheduled for October 2, 2007.

    I have just today confirmed with Eisa Wayil of the Serious Frauds Office (via email) that my client is to testify under order of a summons on October 2nd and her testimony will take a week. As I am unable to request a change of the UK trial schedule, I have discussed with AUSA Riccigliano the re-scheduling of Mr. De haro's sentence date. She informs me that she is out of the country the week of October 10th.

    We, therefore, request that the Court adjourn Mr. De Haro's sentence to a date in late October or early November 2007, which ever date is more convenient to the Court.

    Finally, I have informed Mr. De Haro and his family of the scheduling issues and they have no objections.  Thank you.

                             Respectfully submitted,

                             Sabrina P. Shroff

cc: AUSA Riccigliano  
    AUSA Asner (SFO v. Rastogi)