UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------

UNITED STATES OF AMERICA

                06 CR 453 (KMK)

  Vs

                **ORDER**

Jose Isidro De Haro-Rodriguez

-----------------------------------------------------------

It is hereby ordered that the letter dated September 19, 2007 from Yoav M. Griver in the above mentioned case be placed under seal.

So Ordered: _____/s/_____    9/24/07
     U.S. District Judge     Date

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____