**Exhibit A**

Compostela, Nayarit, July 2007

Honorable Judge:

My name is Iliana Deharo Rodriguez and I am Jose Isidro's sister. I reside in Compostela, Mexico along with my father and two younger brothers. The last three years of my family's life have been a complete disaster. I know that there is no excuse for doing something illegal, but I really believe the circumstances surrounding our family life led my brother to desperation.

I just want to explain to you what has been happening in my brother's life for the past few years. Three years ago my mother was diagnosed with cancer and died one year after her diagnosis. My mother was the center of our family and losing her turned our lives upside down. During the same time my father had to leave his job since he was diagnosed with Neurocisticerosis - a parasitic disease - eight years ago. Once my father left his job Jose became the sole provider not only for his wife and two children, but for my father, brothers and me. I know that whatever he did he did so because he felt trapped and thought there was no other way out.

Time has passed since my brother's incarceration and many things have changed. My father's health condition continues to worsen and he is now in the hospital. I am married now and my husband and I help to care for my brothers, but I desperately need Jose's help and support.

Sincerely,

Iliana Deharo Rodriguez

Composela, Nayarit, Julio del 2007

Senor Juez,

    Mi nombre es Iliana Deharo Rodriguez y yo soy la hermana de Isidro. Yo vivo en Compostela, Mexico junto con mi papa y mis hermanos. Los ultimos tres anos de nuestra vida familiar han sido un complete desastre. Yo se que no hay ninguna excusa para ser algo illegal, pero yo en realidad creo que las circumstancias que rodeaban nuesta vida familiar llevaron ha mi hermano ha la desesperacion.

    Yo le quiero explicar lo que ha estado sucediendo en la vida de mi hermano estos ultimos anos. Hace tres anos mi madre fue diagnosticada con cancer y murio uno ano despues de su diagnosis. Mi madre era el centro de nuestra familia y cuando la perdimos ha ella nuestro mundo se nos vino abajo. Durante el mismo tiempo mi padre tuvo que dejar su trabajo por su enfermedad de Neurocisterosis – una enfermedad de parasitos- hace ocho anos. Cuando mi padre dejo su trabajo Jose tuvo que sostener no solo ha su esposa y tres hijos pero tambien ha mi padre, hermanos y ha mi. Yo se que lo que el hiso fue porque el se sentia atrapado y no tenia ninguna salida.

    El tiempo ha pasado y muchas cosas han cambiado. La condicion medica de mi padre se ha empeorado y ahora el esta en el hospital. Yo ahora estoy casada y mi esposo y yo ayudamos ha cuidar ha mis hermanos, pero necesito desesperadamente la ayuda y apoyo de Jose.

Sinceramente,

Iliana Deharo Rodriguez