**Exhibit B**





















