**Exhibit C**

BP-E324.052
AUG 1994

**WORK PERFORMANCE RATING - INMATE**

**U.S. DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF PRISONS**

Inmate's Name: DeHaRo, Jose
Register No.: 70075-054
Unit: 5 North

Evaluation Period: September 1, 2006 - Present
Work Assignment: Unit 5N Orderly

Bonus Justification: I/m DeHaRo is an outstanding orderly. I/m DeHaro volunteers to assist others in there duties in addition to his own. I/m DeHaRo always performs his duties without being told, his area of responsibility is always in inspection order. Outstanding orderly!!

Signature and Date of Dept. Head Approval: R. Kaufman, Counselor 5 North

Route to Dept. Head for Review, Then to Unit Team

Instructions: Check the best statement in each area. Base your rating on the inmate's overall performance for the rating period—neither the inmate's best day nor worst day—as compared to what is expected of a satisfactory worker in the assignment.

**A. QUALITY OF WORK**
- ☐ 1. Unsatisfactory. Makes more errors than should for this level of training. Work must be redone.
- ☐ 2. Fair. Careless; makes mistakes and does not check work. Should do better work.
- ☐ 3. Satisfactory. Makes some mistakes but no more than expected at this level.
- ☐ 4. Good. Makes fewer mistakes than most inmates at this level of training. Does Journeyman level work.
- ☒ 5. Outstanding. Does superior work

**B. QUANTITY OF WORK**
- ☐ 1. Unsatisfactory. Lazy, wastes time, goofs off.
- ☐ 2. Fair. Does just enough to get by. Has to be prodded occasionally.
- ☐ 3. Satisfactory. Works steadily but does not push self.
- ☐ 4. Good. Willing Worker. Does a full day's work and wastes little time.
- ☒ 5. Outstanding. Drives self exceptionally hard all the time.

**C. INITIATIVE**
- ☐ 1. Unsatisfactory. Always waits to be told what to do. Needs help getting started.
- ☐ 2. Fair. Usually relies on others to say what needs to be done.
- ☐ 3. Satisfactory. Can adapt to changes in routine. Will start work without waiting to be told.
- ☐ 4. Good. Can plan own work well. Acts on own in most things. Doesn't wait to be told what to do.
- ☒ 5. Outstanding. Has good ideas on better ways of doing things.

**D. INTEREST; EAGERNESS TO LEARN**
- ☐ 1. Poor. Shows no interest in job. Regards job as a drag or waste of time.
- ☐ 2. Fair. Shows minimal interest but not very eager to learn.

Continued next page

(Replaces front-side to BP-324, OCT 1984.)

- [ ] 3. Satisfactory. Shows average amount of interest. Wants to learn own job but does not put forth extra effort.
- [ ] 4. Good. Above-average interest in job. Asks questions about own work and related work. May do extra work to improve skills.
- [x] 5. Outstanding. Eager to master job. Wants to know everything there is to know about it. May read up on own time or volunteer to do things that will improve knowledge.

**E. ABILITY TO LEARN**
- [ ] 1. Poor. Has very low aptitude and is very slow to learn. Even when given extra instruction unable to learn, no matter how hard trying.
- [ ] 2. Fair. Slow but if tries eventually will pick up the skills. Needs more instructions than most.
- [ ] 3. Average. No slower and no faster to learn than most inmates. Requires average amount of instruction.
- [ ] 4. Good. Learns rapidly. Good memory. Rarely makes the same mistake twice.
- [x] 5. Outstanding. Very quick to learn. Excellent memory. Is learning much more rapidly than most inmates assigned here. Never makes the same mistake twice.

**F. NEED FOR SUPERVISION; DEPENDABILITY; SAFETY; CARE OF EQUIPMENT**
- [ ] 1. Needs constant supervision. If left unsupervised will foul up, get in trouble, or wander off. Undependable.
- [ ] 2. Needs closer supervision than most. Not very dependable.
- [ ] 3. Average. Can be relied on for certain things but must be supervised by others. Usually prompt and dependable.
- [ ] 4. Needs little supervision. Good record of dependability and promptness.
- [x] 5. No supervision required. Completely dependable in all things.

**G. RESPONSE TO SUPERVISION AND INSTRUCTION**
- [ ] 1. Poor. Resentful and hostile. May argue with supervisor.
- [ ] 2. Fair. Resists or ignores suggestions.
- [ ] 3. Satisfactory. Generally does what is told without any fuss.
- [ ] 4. Good. No hostility or resentment. Tries to improve.
- [x] 5. Outstanding. Makes a real effort to please the instructor. Does exactly as is told.

**H. ABILITY TO WORK WITH OTHERS**
- [ ] 1. Poor. Negativistic, hostile, annoying to others.
- [ ] 2. Fair. Doesn't make friends easily. Has some interpersonal difficulties.
- [ ] 3. Satisfactory. Gets along OK with most co-workers and is accepted by them.
- [ ] 4. Good Friendly, congenial, helpful; others like to work with.
- [x] 5. Outstanding. Gets along well with everyone. Very popular.

**I. OVERALL JOB PROFICIENCY**
Bases on this inmate's overall performance during this work period, if this inmate was an employee of yours in the community would you:
- [ ] 1. Fire or lay off that individual?
- [ ] 2. Transfer the person to a less demanding job at a lower pay scale?
- [x] 3. Continue to employ the person but without a raise or promotion this time?
- [ ] 4. Raise the person's pay but keep the person at the same job?
- [ ] 5. Promote the person to a more demanding job at a higher pay rate?

Continued next page

Ramiro Menendez
I.D 70522-004.
M.D.C.
80-29 Street.
Brooklyn, NY. 11232.

Mayo 06, 2007.

Honorable Kenneth M. Karas
United States District Judge
United States District Court
Southern District of New York.
500 Pearl Street
New York, NY, 10007.

Honorable Juez Kara, Mi nombre es Ramiro Menendez, Yo me encuentro detenido en el Centro de dentencion de Brooklyn. Yo soy el head-orderly de mi unidad, Quinto Norte, y le estoy escribiendo esta humilde carta en referencia sobre el Señor Jose, I. De Haro. Yo lo conosco desde casi un año y desde entonce el se a involucrado en ayudar en la la unidad y comparte con nosotro en el grupo de oracion del Rosario. Si tuviera que describirle al Señor deharo le diria; que es una persona trabajadora, humilde y de un gran corazon.

Por experiencia propia se que es sentirse comprometido con la sangre y no poder decirle un no rotundo por el temor al desaproubo de la familia, y esto es por lo que ha pasado el señor Deharo.

Yo siento a Deharo verdaderamente arrepentido por su error hecho en su vida. Sin mas que referirme me despido que Dios la bendiga.

Sinceramente y respetosamente suyo:

Ramiro Menendez

**Exhibit D**

Las Varas, Nayarit. July 25, 2007


Re:  Jose Isidro De Haro Rodriguez

Through the following letter we are offering employment at the Campaign for Vegetable Health as a VERIFIER in the points of review.  The works hours are from 7:00 a.m. to 3:00 p.m., Monday through Saturday with a monthly salary of $8,000 pesos.

I say good-bye to you and hope our offer is favorable.


Enrique Mora Aguirre
Coordinator of the Cochinilla Rosada Campaign



# Nayarit CESAVENAY
## COMITE ESTATAL DE SANIDAD VEGETAL EN NAYARIT

**COMITÉ DIRECTIVO**
**PRESIDENTE**
C. Filiberto Ramirez Moreno.
**SECRETARIO**
C. Leonardo Rodriguez Meza.
**TESORERO**
MVZ. Alberto Ramos Damián.
**1er. VOCAL**
C. José Centeño Zepeda.
**2do. VOCAL**
C. Rubén Bermúdez Piña
**3er. VOCAL**
C. Alfonso Contreras Lopez.
**SECRETARIO GENERAL**
Ing. Aristeo Gradilla Mejía

LAS VARAS, NAYARIT. A 25 DE JULIO DEL 2007.

C: JOSE ISIDRO DE HARO RODRIGUEZ.

Por medio de la presente le ofrecemos empleo en la Campaña de Sanidad Vegetal con el puesto de VERIFICADOR en los puntos de revisión, con un horario de trabajo de 7:00 a.m. a 3:00 p.m. de Lunes a Sábado con un salario mensual de $ 8,000.00 (ocho mil pesos).

Me despido de usted esperando le sea favorable nuestro ofrecimiento.

ATENTAMENTE

Enrique Mora Aguirre
Coordinador de la Campaña Cochinilla Rosada

Boulevard Tepic – Xalisco No.74   C.P. 63168
Col. Jardines de la Cruz
E-mail: cesv@tepic.megared.net.mx   Web: www.cesavenay.com
Tel. 01 311 214 48 46
Fax. 01 311 213 73 48