


**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

# MEMO ENDORSED

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 29, 2007

By Facsimile
Honorable Kenneth M. Karas
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

Re:  **United States v. Jose Isidro De Haro-Rodriguez**
     **06 Cr. 453 (KMK)**

Dear Judge Karas:

Sentencing in this matter is scheduled for Monday, November 5, 2007 at 3:30 p.m. The Government's sentencing submission is due today, October 29, 2007. I received the defense's final sentencing submission via electronic mail yesterday evening, although I discussed various sentencing issues relating to the submission with defense counsel prior to that date. I write to request a brief adjournment of the Government's response date to Thursday, November 1, 2007 and request permission to send the Government's submission to Your Honor via facsimile.

Granted.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: _Rebecca Riagliano_
Rebecca Monck Riggliano
Assistant United States Attorney
(212) 637-2486

SO ORDERED
_____
KENNETH M. KARAS U.S.D.J.
10/31/07

cc: Sabrina Schroff, Esq. (via electronic mail)