# NOTICE OF APPEAL
## UNITED STATES DISTRICT COURT

**Southern** District of **New York**

USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: DATE FILED:

UNITED STATES OF AMERICA

- v -

Jose Isidro De Haro-Rodriguez, Defendant.

Docket Number **06 Cr. 453-01**

**Honorable Kenneth M. Karas**
(District Court Judge)

Notice is hereby given that **the Defendant Jose Isidro De Haro-Rodriguez** appeals to the United States Court of Appeals for the Second Circuit from the:

judgment [✓]: order [ ]: other [ ]: _____ (specify)

entered in this action on **11/05/07** (date)

Offense occurred after November 1, 1987   Yes [✓]   No [ ]

The appeal concerns:   conviction only [ ]:   sentence only [ ]:   conviction and sentence [ ]

**U.S. DISTRICT COURT FILED NOV 21 2007 S.D. OF N.Y.**

Date: **November 20, 2007**

TO:
Rebecca Ann Monck, Esq.
Assistant United States Attorney
Southern District of New York
One St. Andrew's Plaza
New York, NY 10007

Mr. Jose Isidro De Haro-Rodriguez
Reg. No. 70075-054/MDC

ADD ADDTIONAL PAGE IF NECESSARY

**Barry Leiwant, Esq.**
(Counsel for Appellant)

Address: **Federal Defenders of New York, Inc.**

**52 Duane Street - 10th Flor**

**New York NY 10007**

Telephone Number **(212) 417-8700**

(TO BE COMPLETED BY ATTORNEY)   TRANSCRIPT INFORMATION - FORM B

### ►QUESTIONNAIRE

[✓] I am ordering a transcript
[ ] I am not ordering a transcript
Reason:
[ ] Daily copy is available
[ ] U.S. Attorney has placed order
[ ] Other. Attach explanation

### ►TRANSCRIPT ORDER

Prepare transcript of
[✓] Pre-trial proceedings  12/15/06
[ ] Trial
[✓] Sentence  11/5/07
[ ] Post-trial proceedings

► DESCRIPTION OF PROCEEDINGS FOR WHICH TRANSCRIPT IS REQUIRED (INCLUDE DATE).

Dates

The ATTORNEY certifies that he/she will make satisfactory arrangements with the court reporter for payment of the cost of the transcript (FRAP 10(b)) ► Method of payment [ ] Funds [ ] CJA Form 24

ATTORNEY'S signature  **Sabrina P. Shroff, Esq.**

DATE  **November 20, 2007**

### ► COURT REPORTER ACKNOWLEDGMENT

To be completed by Court Reporter and forward to Court of Appeals.

| Date order received | Estimated completion date | Estimated number of pages |
|---|---|---|
|  |  |  |

Date _____   Signature _____ (Court Reporter)

COPY 1 - ORIGINAL