USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/1/08

**MANDATE**

S.D.N.Y. - N.Y.C.
06-cr-453
Karas, J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

---

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 5th day of June, two thousand eight,

Present:
Hon. Amalya L. Kearse,
Hon. Robert D. Sack,
Hon. Reena Raggi,
*Circuit Judges.*




---

United States of America,

*Appellee,*

v. 07-5357-cr

Jose Isidro De Haro-Rodriguez,

*Defendant-Appellant.*

---

Philip L. Weinstein, of the Federal Defenders of New York, Inc., counsel for Appellant, moves for permission to withdraw as counsel pursuant to *Anders v. California*, 386 U.S. 738 (1967), and the Government moves for summary affirmance. Upon due consideration, it is hereby ORDERED that the motions are GRANTED.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk

By: [signature]

SAO-JS

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk
by [signature]
DEPUTY CLERK

ISSUED AS MANDATE: 6/30/08